

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDYWINE PROFESSIONAL SERVICES, LLC,<br>       Plaintiff,<br><br>              v.<br><br>STEVEN QUIGLEY, and<br>TD BANK, N.A.,<br>       Defendants. | CIVIL ACTION<br><br>NO. 13-2865 |

FILED
OCT 30 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## O R D E R

AND NOW, this 30th day of October, 2015, upon consideration of Defendant TD Bank, N.A.'s Motion for Summary Judgment (Document No. 35, filed April 3, 2015), plaintiff's Memorandum of Law in Opposition to the Motion for Summary Judgment (Document No. 36, filed April 17, 2015), and defendant's Reply Supporting TD Bank, N.A.'s Motion for Summary Judgment (Document No. 38, filed April 30, 2015), for the reasons set forth in the Memorandum dated October 30, 2015, **IT IS ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, TD Bank, N.A., and **AGAINST** plaintiff, Brandywine Professional Services, LLC.

**IT IS FURTHER ORDERED** that, in view of the foregoing action, defendant's Motion to Exclude the Expert Testimony of Douglas H. Sell (Document No. 30, filed February 26, 2015) is **DENIED AS MOOT**.

BY THE COURT:

_Jan E. DuBois_
DuBOIS, JAN E., J.